UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **EDDY LILLIS, ERIC ESTRADA, and RANDY ESLINGER, on Behalf of Themselves and on Behalf of All Others Similarly Situated,** | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:15-cv-295 |
| V. | § § | JURY TRIAL DEMANDED |
| **EXCLUSIVE ENERGY SERVICES, LLC,** | § § § § | |
| Defendant. | § § | |

**STIPULATION and NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Eddy Lillis, Eric Estrada, and Randy Eslinger, on Behalf of Themselves and on Behalf of All Others Similarly Situated, hereby dismiss this case in its entirety as against Defendant, Exclusive Energy Services, LLC, with prejudice to refiling the same pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) and asks that all costs and attorneys' fees be borne by the party incurring the same.

Plaintiffs all signed agreements to arbitrate their disputes against Defendant; therefore, Plaintiffs are dismissing this suit in accordance with those agreements.

Respectfully submitted,

By:   */s/Robert R. Debes, Jr.*
Robert R. Debes, Jr.
State Bar No. 05626150
Todd Slobin
State Bar No. 24002953

ATTORNEYS FOR PLAINTIFFS

OF COUNSEL:
SHELLIST | LAZARZ|SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

## CERTIFICATE OF SERVICE

    I served a true and correct copy of this document on all counsel of record via Notice of Electronic Filing on known Filing Users on October 12, 2015.

                                                */s/ Robert R. Debes, Jr.*
                                                _____
                                                Robert R. Debes, Jr.